```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23288
   DANIEL M SLOAN
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-1258


-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/12/07 and confirmed on 03/28/08.

     2.  The case was dismissed after confirmation, 01/23/2009.

     3.  The Debtor paid a total of $   3600.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 14625.34 | 791.82 | 1860.03 |
| WELLS FARGO FINANCIAL IN | SECURED | 1200.00 | 57.47 | 157.46 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3985.99 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASHLAND ENTERPRISES | UNSECURED | NOT FILED | .00 | .00 |
| AUTHORIZED PAYDAY.COM | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 33773.86 | .00 | .00 |
| BUTTERFIELD OAKS AURORA | UNSECURED | NOT FILED | .00 | .00 |
| CASH RELIEF | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4528.84 | .00 | .00 |
| COMED | UNSECURED | 472.35 | .00 | .00 |
| EASTSIDE LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| IMAGING CARD | UNSECURED | NOT FILED | .00 | .00 |
| IMPACT CASH USA INC | UNSECURED | 345.00 | .00 | .00 |
| UPFRONTCASH.COM | UNSECURED | NOT FILED | .00 | .00 |
| LAZER LENDING | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWAY CASH TRANSERS.C | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PPGC | UNSECURED | NOT FILED | .00 | .00 |
| LCA COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | .00 | .00 | .00 |
| SANDPOINT CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE USA | UNSECURED | 253.15 | .00 | .00 |
| UNITED CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| US FAST CASH | UNSECURED | NOT FILED | .00 | .00 |

```
WASHINGTON MUTUAL CARD S  UNSECURED       NOT FILED              .00           .00
WESTBURY VENTURES         UNSECURED       NOT FILED              .00           .00
WORLDWIDE CASH            UNSECURED       NOT FILED              .00           .00
GEORGIA MCWHORTER         CHILD SUPPORT   NOT FILED              .00           .00
WELLS FARGO FINANCIAL IN  UNSECURED         1427.27              .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  15825.34         .00      44786.46         .00      60611.80
PRINCIPAL PAID       2017.49         .00           .00         .00       2017.49
INTEREST PAID         849.29         .00           .00         .00        849.29
TOTAL PAID           2866.78         .00           .00         .00       2866.78
```

The Debtor's attorney, SCHEINBAUM & WEST           , was allowed $   2800.00
and was paid $    926.00   direct and $    529.81   through the plan.

The Trustee received $    203.41 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 03/12/09                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE